Opinion filed May 18, 2023



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00268-CV

_____

## LUBBOCK NORET PREMIERE CINEMA, LP AND LUBBOCK PREMIERE NORET CINEMA, LLC, Appellants

## V.

## NORET ENTERPRISES, LLC, Appellee

**On Appeal from the 118th District Court**

**Howard County, Texas**

**Trial Court Cause No. 55035**

## M E M O R A N D U M   O P I N I O N

This appeal was abated on March 16, 2023, pending the finalization of the parties' settlement agreement, which has now occurred. Consequently, Appellants have filed in this court an unopposed motion to lift the abatement and dismiss this appeal. In the motion, Appellants state that the parties have reached a settlement of all of the litigation between them, and they request that we dismiss this appeal in order to implement the settlement. *See* TEX. R. APP. P. 42.1(a)(1). Appellants also

indicate that Appellee does not oppose the motion and that each party to this appeal "is to bear its own fees, costs, and other expenses." *See id.* R. 42.1(a)(1), (d).

We grant Appellants' motion and dismiss this appeal.

PER CURIAM

May 18, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.